M.D. Appeal Dkt.
112 2014

# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

|  |  |
|---|---|
| TIMOTHY L. WATTS, | : No. 191 MAL 2014 |
|  | : |
| Respondent | : |
|  | : Petition for Allowance of Appeal from the |
|  | : Order of the Commonwealth Court |
| v. | : |
|  | : |
|  | : |
| MANHEIM TOWNSHIP SCHOOL DISTRICT, | : |
|  | : |
|  | : |
| Petitioner | : |

## ORDER

**PER CURIAM**

**AND NOW**, this 12th day of September, 2014, the Petition for Allowance of Appeal is **GRANTED**. The issues, as stated by petitioner, are:

(1) Does the Public School Code of 1949 require the Manheim Township School District to provide transportation services to a resident pupil to and from more than one location within the school district?

(2) Did the Commonwealth Court err in interpreting In re Residence Hearing Before Bd. of Sch. Dir., Cumberland Valley Sch. Dist., 744 A.2d 1272 (Pa. 2000), to mean that a child can have more than one residence for school purposes, including transportation services under Section 1361 of the Public School Code of 1949?